## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SYNCHVIEW TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMINO TECHNOLOGIES PLC, <br><br> Defendant. | Civil Action No. 2:20-cv-00104-JRG |

## JOINT MOTION TO STAY
## ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff SynchView Technologies, LLC and Defendant Amino Technologies PLC have settled, in principle, all matters in controversy between the parties. Accordingly, the parties jointly move the Court to stay any and all unreached deadlines contained in the Court's Docket Control Order for thirty (30) days in order to finalize the settlement of this matter and file appropriate dismissal papers.

Dated: September 4, 2020

Respectfully submitted,

 */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***Attorney for Defendant***
***Amino Technologies PLC***

        /s/ *Cortney S. Alexander*
        Cortney S Alexander
        Kent & Risley LLC - Alpharett
        5755 N. Point Pkwy Ste. 57
        Alpharetta, GA 30022
        404-855-3867
        Fax: 770-462-3299
        Email: cortneyalexander@kentrisley.com

        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of September, 2020.

        /s/  Melissa R. Smith
        Melissa R. Smith