# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNCHVIEW TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMINO TECHNOLOGIES PLC, <br><br> Defendant. | Civil Action No. 2:20-cv-00104-JRG |

## ORDER GRANTING JOINT MOTION TO STAY
## ALL DEADLINES AND NOTICE OF SETTLEMENT

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered same, is of the opinion the motion should be GRANTED.